UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

D&W CORP.,                                    Chapter 7
                                              Case Number 6:13-bk-13193-CCJ

           Debtor.                          /

### NOTICE OF TRUSTEE'S INTENTION TO SELL PROPERTY OF THE ESTATE

Leigh Richard Meininger, trustee (the "Trustee"), hereby gives notice of a proposed sale of property of the estate and shows:

1.   Property of the bankruptcy estate includes all personal property, inventory, furniture and fixtures[1] located at 2841 Greenbriar Parkway S.W., Atlanta Georgia 30331[2] (the "Property").

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date this paper is entered on the docket[3]. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on Leigh Richard Meininger, Trustee, Post Office Box 1946, Orlando, Florida 32802-1946.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

---

[1] The Property is "all the contents" at the location.

[2] The 2841 Greenbriar Parkway S.W., Atlanta, Georgia address is a former business location of the debtor.

[3] Unless otherwise stated, the date of docketing (Feb. 6, 2014) is the same as the date of service.

2.   The Trustee estimates the value of the Property at $100,000.00.  The estimation is based on photographs taken of the Property.  The Trustee's valuation of the Property takes into consideration the estimated cost to move the Property to another location and the associated costs of selling the Property after its relocation.

3.   The Trustee received an offer to purchase the Property from Beauty Master, c/o Michael Shaw, Vice President, Principal Real Estate Partners, LLC, 2451 Cumberland Parkway, Suite 3334, Atlanta, Georgia 30339-6157 for $100,000.00 US lump sum.

4.   The Trustee is unaware of any liens on the property.[4]  The sale is being made subject to all liens and encumbrances.  There may be encumbrances that the Trustee is not aware of.

5.   The Property is being sold "as is, where is" with no warranties of any kind "express, implied or otherwise."  It is the buyer's responsibility to examine title or otherwise identify any encumbrances on the Property not disclosed in paragraph number four (4) above.  To the extent that encumbrances not disclosed above exist, it is the buyers' responsibility to satisfy those encumbrances.

6.   The Trustee will entertain any higher bids for the purchase of the Property described in paragraph number one (1) above.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bid must be received by the Trustee no later than the close of business on twenty one (21) days from the date of mailing as shown below.  The competing bid should be mailed to

---

[4] Neither the Debtor's schedules nor a U.C.C. – 1 check in the State of Georgia official records show any liens.

Leigh R. Meininger, Trustee, Post Office Box 1946, Orlando, Florida 32801.  The check

should be made payable to Leigh R. Meininger, Trustee and reference the bankruptcy case

name and number in the Memo Section (D&W 6:13-bk-13193).  If more than one bid is

received, a telephone auction will occur among the bidders on the earliest date the Trustee

can arrange such auction.

DATED:  February 6, 2014.


/s/ Leigh Richard Meininger
Leigh Richard Meininger, Trustee
Meininger & Meininger, P.A.
Post Office Box 1946
Orlando, Florida 32802-1946
Phone: (407) 246-1585
Facsimile: (407) 246-7101
E mail: leigh@meiningerlaw.com

3